UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HARRY D. DUNCAN and, ) <br> MORISSA M. DUNCAN ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HEALTHSOUTH CORPORATION, ) <br> d/b/a HEALTHSOUTH REHABILITATION ) <br> CENTER OF LENEXA ) <br> ) <br> Defendant. ) | Case No. 05-CV-2558 |

### ORDER OF DISMISSAL

**NOW** on this 6th day of October 2006, after reviewing and considering the parties' stipulation of dismissal with prejudice (Doc. #13), and the Court's file in this matter, the Court does hereby order that the above referenced action be dismissed, with prejudice, with the parties to bear their own costs.

**IT IS SO ORDERED:**

s/ Kathryn H. Vratil
**THE HONORABLE KATHRYN H. VRATIL**
**UNITED STATES JUDGE**

cc:    Daniel R. Brown
       Scott K. Logan